## United States Bankruptcy Court
### District of Nevada

In re  **ATHEN'S INC.**            Case No. _____
                                    Debtor(s)       Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ATHEN'S INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_4/26/23_
Date

_/s/ Candace C. Carlyon_
**Candace C. Carlyon**
Signature of Attorney or Litigant
Counsel for **ATHEN'S INC.**
**Carlyon Cica Chtd.**
**265 E. Warm Springs Road**
**Suite 107**
**Las Vegas, NV 89119**
**7026854444 Fax:7252204360**
**ccarlyon@carlyoncica.com**