**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:     (702) 685-4444
Facsimile:      (725) 220-4360
CCarlyon@CarlyonCica.com
TOSteen@CarlyonCica.com

*[Proposed] Counsel for Debtor Athens Inc.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ATHEN'S INC.,<br><br>           Debtor. | Case No. 23-11659-NMC<br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTORS' MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**<br><br>Hearing Date:  June 13, 2023<br>Hearing Time:  9:30 a.m. |

**TO:     ALL PARTIES IN INTEREST**

**NOTICE IS HEREBY GIVEN** that on May 1, 2023, Athen's Inc. (the "Debtor") filed *Debtors' Motion for Order Directing Joint Administration of Chapter 11 Cases* [ECF No. 14] (the "Motion"). A copy of the Motion may be obtained from Debtor's proposed counsel at the contact information appearing on the top left-hand corner of this page or may be viewed at the office of the bankruptcy clerk, 300 Las Vegas Blvd., 4th Floor, Las Vegas, NV 89101.

The hearing on the Application will be held on the **13th** day of **June 2023, at 9:30 a.m.** before a United States Bankruptcy Judge.  The hearing may be held telephonically or via videoconferencing. The telephone conference line is (669) 254-5252, Meeting ID: 161 166 2815 Passcode 115788#.

**PLEASE TAKE FURTHER NOTICE** that any response to the Motion and the relief requested therein, must be filed and served no later than 14 days prior to the hearing pursuant

1    to Local Rule 9014(d)(1) which provides:

| If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice. |
| --- |
| If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then: |
| • The court may *refuse to allow you to speak* at the scheduled hearing; and<br>• The court may *rule against you* without formally calling the matter at the hearing. |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment thereof, and the court may approve modifications at the hearing or any continued hearing.

Respectfully submitted this 1st day of May 2023.

CARLYON CICA CHTD.

*/s/ Tracy M. O'Steen*
CANDACE C. CARLYON, ESQ.
Nevada Bar No, 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, Nevada 89119
*[Proposed] Counsel for Debtor*

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

**CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd.  On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:  Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL:  By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER:  By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE:  By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Nancy Arceneaux*
An employee of Carlyon Cica Chtd.