UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:

ATHEN'S INC

CASE NO: 23-11659-NMC

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 27

On 5/8/2023, a copy of the following documents, described below,

Plan of Reorganization for Small Business Under Chapter 11 ECF Docket Reference No. 27

Notice of Hearing on Confirmation of Plan of Reorganization proposed by Debtor, Athen's Inc. 28

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/8/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Tracy M. O'Steen
Carlyon Cica Chtd.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV  89119

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:

ATHEN'S INC

CASE NO: 23-11659-NMC

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 27

On 5/8/2023, I did cause a copy of the following documents, described below,

Plan of Reorganization for Small Business Under Chapter 11 ECF Docket Reference No. 27

Notice of Hearing on Confirmation of Plan of Reorganization proposed by Debtor, Athen's Inc. 28

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/8/2023

/s/ Tracy M. O'Steen
Tracy M. O'Steen  10949

Carlyon Cica Chtd.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV  89119
702 685 4444
nrodriguez@carlyoncica.com

USPS FIRST CLASS MAIL ~~Case 23-11659~~
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-11659-NMC
DISTRICT OF NEVADA
MON MAY 8 9-31-9 PST 2023

DEBTOR
ATHENS INC
4535 W RUSSELL ROAD
SUITE 9
LAS VEGAS  NV 89118-2258

~~EXCLUDE~~
~~UNITED STATES BANKRUPTCY COURT~~
~~300 LAS VEGAS BLVD  SOUTH~~
~~LAS VEGAS  NV 89101-5833~~


ALVARADO INVESTMENTS LLC
2102 BRIDAL WREATH LANE
LAS VEGAS  NV 89156-7930

CAPTIAL PREMIUM INSURANCE
12235 SOUTH 800 EAST
DRAPER UT 84020-9726

DEPT OF EMPLOYMENT  TRAINING  REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY  NV 89713-0002


FIRST SOURCE BANK
PO BOX 783
SOUTH BEND  IN 46624-0783

GRAND CANYON DESTINATIONS  LLC
8020 S RAINBOW BLVD  SUITE 100458
LAS VEGAS  NV 89139-6483

GIL HOPENSTAND
312 N SPRING STREET  5TH FL
LOS ANGELES  CA 90012-4701


(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

~~EXCLUDE~~
~~(D)(P)INTERNAL REVENUE SERVICE~~
~~CENTRALIZED INSOLVENCY OPERATIONS~~
~~PO BOX 7346~~
~~PHILADELPHIA PA 19101-7346~~

KAEMPFER CROWELL
ATTN ROBERT R MCCOY
1980 FESTIVAL PLAZA DR  SUITE 650
LAS VEGAS  NV 89135-2958


LIVE OAK BANK
1757 TIBURON DRIVE
WILMINGTON  NC 28403-6244

MT CAPITAL AND LEASING
225 ASYLUM ST 20TH FLOOR
HARTFORD  CT 06103-1532

MARLIN BUSINESS BANK
300 FELLOWSHIP RD MT
MOUNT LAUREL  NJ 08054-1201


MERCEDES FINANCIAL
PO BOX 5260
CAROL STREAM  IL 60197-5260

MERCEDES FINANCIALSERVICES USA LLC
PO BOX 5260
CAROL STREAM  IL 60197-5260

MOTOR COACH TIRE SALES  LLC
1133 4TH ST
COLUMBUS  GA 31901-3351


MOTORS MANAGEMENT
3701 ALABAMA AVE S
MINNEAPOLIS  MN 55416-5156

NNV DIESEL REPAIR
3117 WEXFORD HILL CT
NORTH LAS VEGAS  NV 89031-2250

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E WASHINGTON AVE  1300
LAS VEGAS  NV 89101-1046


NEW CHARTER NEVADA INC
5125 W OQUENDO ROAD
LAS VEGAS  NV 89118-2838

OMNITRACS
PO BOX 847170
DALLAS  TX 75284-7170

PGT TECHNOLOGIES
5535 MEMORIAL DR  SUITE F451
HOUSTON  TX 77007-8021


PEOPLES CAPITAL  LEASING
850 MAIN STREET
BRIDGEPORT  CT 06604-4917

RIVER CITY PETROLEUM INC
3775 N FREEWAY BLVD  101
SACRAMENTO  CA 95834-1959

RIVER CITY PETROLEUM INC
3775 N FREEWAY BLVD SUITE 101
SACRAMENTO  CA 95834-1959

USPS FIRST CLASS MAIL  Case 23-11659-nmc
Parties whose names are struck through were not served via First Class USPS Mail Service.

SAMSARA
1 DE HARO STREET
SAN FRANCISCO  CA 94103-5205

SMALL BUSINESS ADMINSTRATION
ACCT NO 7900
1545 HAWKINS BLVD  SUITE 202
EL PASO  TX 79925-2654

THE LAW OFFICES OF TIMOTHY ELSON
8965 S EASTERN AVE  SUITE 38
LAS VEGAS  NV 89123-4891

US SMALL BUSINESS ADMINISTRATION
312 N SPRING STREET  5TH FL
LOS ANGELES  CA 90012-2678

US TRUSTEE  LV  11
300 LAS VEGAS BOULEVARD S
SUITE 4300
LAS VEGAS  NV 89101-5803

UNITED STATES TRUSTEE
300 LAS VEGAS BLVD SOUTH 4300
LAS VEGAS  NV 89101-5803

CANDACE C CARLYON
CARLYON CICA CHTD
265 E WARM SPRINGS RD  STE 107
LAS VEGAS  NV 89119-4230

EDWARD M BURR
10191 E SHANGRI LA RD
SCOTTSDALE  AZ 85260-6302

TRACY M OSTEEN
CARLYON CICA CHTD
265 E WARM SPRINGS STE 107
LAS VEGAS  NV 89119-4230