**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:     (702) 685-4444
Facsimile:      (725) 220-4360
CCarlyon@CarlyonCica.com
TOSteen@CarlyonCica.com

*[Proposed] Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>ATHEN'S INC.,<br><br>                    Debtor | Case No. 23-11659-NMC<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

**I HEREBY CERTIFY** that on May 19, 2023, I served a true and correct copy of the following:

1. Plan of Reorganization for Small Business under Chapter 11 [ECF No. 27]

2. Notice of Hearing on Confirmation of Plan of Reorganization proposed by Debtor, Athen's Inc. [ECF No. 28]

3. Ballot For Accepting or Rejecting Plan of Reorganization

    a. via U.S. mail postage prepaid to the addresses listed below:

| Athens Inc.<br>8020 S. Russell Road, Suite 9Las Vegas, NV 89118-2258 | New Charter Nevada Inc.<br>8020 S. Russell Road, Suite 9<br>Las Vegas, NV 89118-2258 | The Law Offices of Timothy Elson<br>8965 S. Eastern Ave., Suite 382<br>Las Vegas, NV 89123 |

I declare under penalty of perjury that the foregoing is true and correct. Dated this 22nd day of May 2023.

By: /s/ *Cristina Robertson*
An Employee of Carlyon Cica Chtd